**BRODSKY SMITH**
Evan J. Smith (SBN 242352)
9595 Wilshire Boulevard, Suite 900
Beverly Hills, CA 90212
Telephone: (877) 534-2590
Facsimile: (310) 247-0160
Email: esmith@brodskysmith.com

*Attorneys for Plaintiff*

*[Additional Counsel on Signature Page]*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHIVA STEIN, derivatively on behalf of SUPER MICRO COMPUTER, INC.,<br><br>Plaintiff,<br><br>v.<br><br>CHARLES LIANG, CHIU-CHU LIU LIANG, HWEI-MING TSAI, SHERMAN TUAN, MICHAEL S. MCANDREWS, SARIA TSENG, YIH-SHYAN LIAW, LAURA BLACK, and HOWARD HIDESHIMA,<br><br>Defendants,<br><br>- and –<br><br>SUPER MICRO COMPUTER, INC.,<br><br>Nominal Defendant. | C.A. No.: 4:21-cv-03357-JST<br><br>**JOINT STATUS REPORT**<br><br>Judge: Honorable Jon S. Tigar |

TO THE COURT:

In accordance with the Court's January 10, 2022 Notice Setting Zoom Hearing and associated deadlines requiring a Status Report by January 21, 2022 [Dkt. 42], the Parties submit the following:

On December 16, 2021, the Court issued an Order Approving Issuance of the Revised Joint Proposed Notice Plan [Dkt. 40]. Said Order required the parties to provide notice to the stockholders as required by the notice plan, and to do so within thirty days.

On January 11, 2022, Defendant Super Micro Computer, Inc. filed with the Court a Certification Regarding Issuance of Court-Ordered Notice [Dkt. 43], which certified that notice was provided pursuant to the Joint Plan on December 21, 2021.

As per the Joint Notice Plan approved by the Court, the Notice period is ongoing and any person wishing to intervene or otherwise object shall have forty five days from the date of the dissemination of the Notice, or until February 4, 2022, to file a Motion to Intervene.

The Parties report that the Notice period is ongoing, and that to date no objections or comments regarding the Notice have been received by any Party or their Counsel, and that no Motions for Intervention have been filed.

DATED: January 20, 2022

Respectfully submitted,

**BRODSKY & SMITH**

*/s/ Evan J. Smith*
Evan J. Smith (SBN 242352)
Ryan P. Cardona (SBN 302113)
9595 Wilshire Boulevard, Suite 900
Beverly Hills, CA 90212
Telephone: (877) 534-2590
Facsimile: (310) 247-0160
Email: esmith@brodskysmith.com
rcardona@brodskysmith.com

OF COUNSEL:

**POMERANTZ LLP**
Gustavo F. Bruckner
Samuel J. Adams
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
Email: gfbruckner@pomlaw.com
sjadams@pomlaw.com

***Attorneys for Plaintiff***
SHIVA STEIN

**JONES DAY**

*/s/ Stephen D. Hibbard*
Stephen D. Hibbard (SBN 177865)
John C. Tang (SBN 212371)
Nathaniel P. Garrett (SBN 248211)
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700
Email: sdhibbard@jonesday.com
jctang@jonesday.com
ngarrett@jonesday.com

***Counsel for Defendants***
SUPER MICRO COMPUTER, INC., CHIU-CHU LIU LIANG, HWEI-MING TSAI, SHERMAN TUAN, MICHAEL S. MCANDREWS, SARIA TSENG, YIH-SHYAN LIAW, and LAURA BLACK

**BERGESON, LLP**

*/s/ Daniel J. Bergeson*
Daniel J. Bergeson (SBN 105439)
Caroline McIntyre (SBN 159005)
111 N. Market Street, Suite 600
San Jose, CA 95113
Telephone: (408) 291-6200

Facsimile: (408) 297-6000
Email: dbergeson@be-law.com
cmcintyre@be-law.com

***Counsel for Defendant***
CHARLES LIANG

**PAUL HASTINGS LLP**

*/s/ D. Scott Carlton*
D. Scott Carlton (SBN 239151)
Nicolas Morgan (SBN 166441)
515 South Flower Street, 25th Floor
Los Angeles, CA 90071
Telephone: (213) 683-6000
Facsimile: (213) 627-0705
Email: scottcarlton@paulhastings.com
nicolasmorgan@paulhastings.com

***Counsel for Defendant***
HOWARD HIDESHIMA