**BRODSKY SMITH**
Evan J. Smith (SBN 242352)
9595 Wilshire Boulevard, Suite 900
Beverly Hills, CA 90212
Telephone: (877) 534-2590
Facsimile: (310) 247-0160
Email: esmith@brodskysmith.com

*Attorneys for Plaintiff*

*[Additional Counsel on Signature Page]*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIVA STEIN, derivatively on behalf of SUPER MICRO COMPUTER, INC., <br><br> Plaintiff, <br><br> v. <br><br> CHARLES LIANG, CHIU-CHU LIU LIANG, HWEI-MING TSAI, SHERMAN TUAN, MICHAEL S. MCANDREWS, SARIA TSENG, YIH-SHYAN LIAW, LAURA BLACK, and HOWARD HIDESHIMA, <br><br> Defendants, <br><br> - and – <br><br> SUPER MICRO COMPUTER, INC., <br><br> Nominal Defendant. | C.A. No.: 4:21-cv-03357-JST <br><br> **JOINT ADMINISTRATIVE MOTION TO DISMISS ACTION** |

Plaintiff Shiva Stein ("Plaintiff") and Defendants Super Micro Computer, Inc. ("Super Micro"), Charles Liang, Chiu-Chu Liu Liang, Hwei-Ming Tsai, Sherman Tuan, Michael S. McAndrews, Saria Tseng, Yih-Shyan Liaw, Laura Black, and Howard Hideshima ("Defendants," and together with Plaintiff, the "Parties"), through their counsel of record, hereby jointly submit this Administrative Motion to Dismiss the instant action with prejudice as to the named Plaintiff. The Parties submit this Administrative Motion based upon the foregoing facts, and all documents and papers filed in this Action.

**INTRODUCTION**

Following the Court's October 27, 2021 Order, where the Court invited the Parties to file an administrative motion requesting that the Court dismiss this Action with prejudice if no shareholder seeks to intervene during the notice period, no intervention from a Super Micro shareholder has occurred during the notice period, which ended February 4, 2022. The Parties now request that this Action be dismissed pursuant to Federal Rules of Civil Procedure 23.1(c) and 41(a)(2).

**PROCEDURAL HISTORY**

On May 5, 2021, Plaintiff filed a verified Stockholder Derivative Complaint (the "Action") (ECF1). On August 6, 2021, Defendants filed three motions to dismiss Plaintiff's Complaint on behalf of (1) Nominal Defendant Super Micro (ECF 26), (2) Defendants Charles Liang, Chiu-Chu Liu Liang, Hwei-Ming Tsai, Sherman Tuan, Michael S. McAndrews, Saria Tseng, Yih-Shyan Liaw, and Laura Black (ECF 27), and (3) Defendant Howard Hideshima (ECF 29).

On September 29, 2021, prior to the date for Plaintiff to oppose Defendants' motions to dismiss, the Parties filed a Stipulation and [Proposed] Order to Dismiss Action with Prejudice (ECF 34). The Parties noted that: (i) there had been no settlement or compromise of the Action; (ii) neither Plaintiff nor her counsel had received or would receive directly or indirectly any consideration from Defendants for dismissal; and (iii) the dismissal request was without prejudice to the rights of Super Micro's other stockholders and certain claims would continue to be litigated in the *Barry v. Liang, et al.*, No.

20CV372190 (Santa Clara Super. Ct.) action. On October 27, 2021, the Court entered an Order Directing Parties to Develop A Proposed Notice Plan (ECF 36).

On November 23, 2021, the Parties filed a Joint Administrative Motion for Issuance of Joint Proposed Notice Plan (ECF 37). On December 6, 2021, the Court entered an Order Requiring Revisions to Proposed Notice (ECF 38). On December 10, 2021, the Parties filed a Joint Administrative Motion for Issuance of Revised Joint Proposed Notice Plan (ECF 39).

On December 16, 2021, the Court issued an Order Approving Issuance of Revised Joint Proposed Notice Plan (ECF 40). The notice informed Super Micro shareholders that Plaintiff wished to voluntarily dismiss the Action with prejudice as to the named Plaintiff only, advised shareholders of the pending *Barry* action, and explained the shareholders' right to intervene in this Action. Super Micro implemented the notice plan on December 21, 2021. On January 11, 2022, Defendant Super Micro filed its Certification Regarding Issuance of Court-Ordered Notice (ECF 43). In its Certification, Super Micro confirmed that (1) it had posted a copy of the notice on its investor relations website and that the notice would remain posted on the website for at least 45 days; (2) a Form 8-K had been filed with the Securities and Exchange Commission ("SEC"), with the notice and a press release attached as exhibits to the Form 8-K; and (3) a press release was carried on Business Wire and was also located online. On January 20, 2022, the Parties filed a Joint Status Report regarding the Revised Joint Notice Plan (ECF 44) that confirmed that the notice plan steps ordered by the Court had been implemented.

**CURRENT STATUS OF THE NOTICE**

The deadline for Super Micro stockholders to intervene in the Action was February 4, 2022, which was 45 days after Super Micro posted the notice on its investor relations website, filed a Form 8-K with the SEC, and carried a press release on Business Wire, all on December 21, 2021. No Super Micro stockholder has filed a motion to intervene in the Action and the Parties are not aware of any Super Micro stockholders who intend to intervene in the Action. Pursuant to Federal Rule of Civil Procedure 23.1(c),

a derivative action may be voluntarily dismissed only with the court's approval and any notice of such potential dismissal must be given to shareholders in a manner that the court orders. The Parties believe that the notice ordered by the Court and provided in this Action was sufficient. *See, e.g.*, *In re Rambus Inc. Derivative Litig.*, No. C 06-3513 JF (HRL), 2009 WL 166689, at *2 (N.D. Cal. Jan. 20, 2009) (approving settlement where notice was published on company website and in press release carried on Business Wire, and filed in Form 8-K with SEC); *In re MRV Comm'ns, Inc. Derivative Litig.*, No. CV 08-03800 GAF (MANx), 2013 WL 2897874, at *1-2 (C.D. Cal. June 6, 2013) (approving notice filed as attachment to Form 8-K, published on company website, and published for one day in *Investor's Business Daily*). Further, Federal Rule of Civil Procedure 41(a)(2) allows a court to dismiss an action at a plaintiff's request on terms that the court considers proper.

As a result, the Parties request that the Court dismiss the Action with prejudice as to the named Plaintiff only.

DATED:  March 14, 2022                                Respectfully submitted,

**BRODSKY & SMITH**

 */s/ Evan J. Smith*
Evan J. Smith (SBN 242352)
Ryan P. Cardona (SBN
9595 Wilshire Boulevard, Suite 900
Beverly Hills, CA 90212
Telephone: (877) 534-2590
Facsimile: (310) 247-0160
Email: esmith@brodskysmith.com
         rcardona@brodskysmith.com

OF COUNSEL:

**POMERANTZ LLP**
Gustavo F. Bruckner
Samuel J. Adams
600 Third Avenue
New York, NY 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
Email: gfbruckner@pomlaw.com

sjadams@pomlaw.com

*Attorneys for Plaintiff*

JONES DAY

By: */s/ Stephen D. Hibbard*
  Stephen D. Hibbard

Stephen D. Hibbard (State Bar No. 177865)
sdhibbard@jonesday.com
John C. Tang (State Bar No. 212371)
jctang@jonesday.com
Nathaniel P. Garrett (State Bar No. 248211)
ngarrett@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700

Counsel for Defendants
SUPER MICRO COMPUTER, INC., CHIU-CHU LIU LIANG, HWEI-MING TSAI, SHERMAN TUAN, MICHAEL S. MCANDREWS, SARIA TSENG, YIH-SHYAN LIAW, and LAURA BLACK

BERGESON, LLP

By: */s/ Daniel J. Bergeson*
  Daniel J. Bergeson

Daniel J. Bergeson (SBN 105439)
dbergeson@be-law.com
Caroline McIntyre (SBN 159005)
cmcintyre@be-law.com
BERGESON, LLP
111 N. Market Street, Suite 600
San Jose, CA  95113
Telephone:     (408) 291-6200

|   |   |
|---|---|
| 1 | Facsimile:     (408) 297-6000 |
| 2 | Counsel for Defendant |
| 3 | CHARLES LIANG |
| 4 | PAUL HASTINGS LLP |
| 5 |   |
| 6 | By: */s/ D. Scott Carlton* |
| 7 |   D. Scott Carlton |
| 8 | Nicolas Morgan (SBN 166441) |
|   | nicolasmorgan@paulhastings.com |
| 9 | D. Scott Carlton (SBN 239151) |
|   | scottcarlton@paulhastings.com |
| 10 | PAUL HASTINGS LLP |
|   | 515 South Flower Street, 25th Floor |
| 11 | Los Angeles, CA  90071 |
|   | Telephone:     (213) 683-6000 |
| 12 | Facsimile:     (213) 627-0705 |
| 13 | Counsel for Defendant |
|   | HOWARD HIDESHIMA |

- 5 -
JOINT ADMINISTRATIVE MOTION TO DISMISS ACTION

I, Evan J. Smith, am the ECF User whose ID and password are being used to file this JOINT ADMINISTRATIVE MOTION TO DISMISS ACTION.  In compliance with Civil L.R. 5-1(h)(3), I hereby attest that all signatories concur in this filing.

DATED:  March 14, 2022

*/s/ Evan J. Smith*
NAME
