# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIVA STEIN, derivatively on behalf of SUPER MICRO COMPUTER, INC., <br><br> Plaintiff, <br><br> v. <br><br> CHARLES LIANG, CHIU-CHU LIU LIANG, HWEI-MING TSAI, SHERMAN TUAN, MICHAEL S. MCANDREWS, SARIA TSENG, YIH-SHYAN LIAW, LAURA BLACK, and HOWARD HIDESHIMA, <br><br> Defendants, <br><br> - and – <br><br> SUPER MICRO COMPUTER, INC., <br><br> Nominal Defendant. | C.A. No.: 4:21-cv-03357-JST <br><br> **[PROPOSED]** ORDER GRANTING JOINT ADMINISTRATIVE MOTION TO DISMISS ACTION AND DISMISSING ACTION <br><br> Judge: Honorable Jon S. Tigar |

**GOOD CAUSE APPEARING,** for the reasons provided in the Parties' Joint Administrative Motion to Dismiss Action filed with the Court on March 14, 2022, the Court hereby GRANTS the Parties' Joint Administrative Motion and ORDERS that this Action is DISMISSED with prejudice as to the named Plaintiff only.  The Clerk shall close the case.

IT IS SO ORDERED.

DATED: March 24, 2022

_____
THE HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING JOINT ADMINISTRATIVE MOTION TO DISMISS ACTION AND DISMISSING ACTION